1  BRENDAN DOLAN, State Bar No. 126732
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market Street
   San Francisco, CA 94105
3  Tel: 415.442.1000
   Fax: 415.442.1001
4
   CLIFFORD D. SETHNESS, State Bar No. 212975
5  JASON M. STEELE, State Bar No. 223189
   MORGAN, LEWIS & BOCKIUS LLP
6  300 South Grand Avenue
   Twenty-Second Floor
7  Los Angeles, CA 90071-3132
   Telephone:  213.612.2500
8  Fax:        213.612.2554

9  *Attorneys for Plaintiff*
   PACIFIC MARITIME ASSOCIATION
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

| PACIFIC MARITIME ASSOCIATION, a California corporation, | Case No. |
|---|---|
| Plaintiff, | **DECLARATION OF CLIFFORD D. SETHNESS IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, an unincorporated labor organization, | |
| Defendant. | |

1-LA/990932.1                                              DECLARATION OF CLIFFORD D. SETHNESS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## DECLARATION OF CLIFFORD D. SETHNESS

I, Clifford D. Sethness, declare as follows:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel of record for the Pacific Maritime Association ("PMA"), the Plaintiff in this action. I have personal knowledge of the facts set forth in this declaration, and would testify competently as to those facts if called as a witness.

2. On April 30, 2008, I had telephone and e-mail conversations with Robert Remar of Leonard Carder LLP, counsel for Defendant International Longshore and Warehouse Union ("ILWU"). In those conversations, I informed Mr. Remar that on April 30, 2008, PMA would request a temporary restraining order in the Northern District federal court to enforce the underlying labor arbitrator awards and to order the ILWU to comply with those awards. Mr. Remar acknowledged PMA's position and confirmed that he would represent the ILWU at the hearing on PMA's application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of April, 2008, at San Francisco, California.

_____
Clifford D. Sethness

DECLARATION OF CLIFFORD D. SETHNESS

2