BRENDAN DOLAN, State Bar No. 126732
ERIC MECKLEY, State Bar No. 168181
MORGAN, LEWIS & BOCKIUS LLP
One Market Street
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001

CLIFFORD D. SETHNESS, State Bar No. 212975
JASON M. STEELE, State Bar No. 223189
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone:  213.612.2500
Fax:        213.612.2501

*Attorneys for Plaintiff*
PACIFIC MARITIME ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, an unincorporated labor organization,<br><br>Defendant. | Case No. CV-08-2244-CW<br><br>**SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF PACIFIC MARITIME ASSOCIATION'S APPLICATION FOR ORDER CONFIRMING AND ENFORCING ARBITRATION AWARDS, FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

  Plaintiff Pacific Maritime Association ("PMA") submits this Supplemental Memorandum In Support of its Application for Order Confirming and Enforcing Arbitration Awards, for Issuance of a Temporary Restraining Order and Order to Show Cause RE Preliminary Injunction to address matters that have arisen since the filing of its application for a TRO, and to inform the court of the urgency of this matter.

  As is set forth in the Declaration of Clifford Sethness filed herewith, in addition to the two Coast Arbitration Awards addressed in PMA's complaint and moving papers, at approximately

3:15 p.m., Arbitrator Kagel issued another award expressly finding that the Defendant ILWU is in violation of Arbitrator Kagel's previous awards. Arbitrator Kagel's awards state:

> "DECISION:
>
> The Union, its Officers and members are in violation of the orders of the Coast Arbitrator set forth in C-04-2008 which is incorporated herein by reference.
>
> This decision is sent by e-mail to the same effect as if written and signed by the Coast Arbitrator."

This matter is of the utmost urgency. If the Order sought by PMA is not issued by the Court today, it is absolutely clear from the ILWU publicity and information set forth in PMA's moving papers that members of ILWU will at ILWU's direction strike and not show up to work in violation of the parties collective bargaining agreement and the arbitration awards. ILWU has expressly endorsed and directed this activity and work stoppage. Despite being ordered by Arbitrator Kagel to take steps to inform its membership that they must show up to work on May 1st, they have failed to do so. An order issued by the Court tomorrow (May 1) will be too late. The Court shall issue an order directing the ILWU to inform its membership that they must comply with Arbitrator Kagel's awards as a matter of and pursuant to a <u>Court order</u>.

Accordingly, PMA urges the Court to issue the requested order as quickly as possible and in no event later than today, April 30.

Dated: April 30, 2008

MORGAN, LEWIS & BOCKIUS LLP

By _____
Clifford Sethness
Attorneys for Plaintiff
PACIFIC MARITIME ASSOCIATION