1   BRENDAN DOLAN, State Bar No. 126732
    ERIC MECKLEY, State Bar No. 168181
2   MORGAN, LEWIS & BOCKIUS LLP
    One Market Street
3   San Francisco, CA 94105
    Tel: 415.442.1000
4   Fax: 415.442.1001

5   CLIFFORD D. SETHNESS, State Bar No. 212975
    JASON M. STEELE, State Bar No. 223189
6   MORGAN, LEWIS & BOCKIUS LLP
    300 South Grand Avenue
7   Twenty-Second Floor
    Los Angeles, CA 90071-3132
8   Telephone:   213.612.2500
    Fax:         213.612.2501
9
    *Attorneys for Plaintiff*
10  PACIFIC MARITIME ASSOCIATION

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13
    PACIFIC MARITIME ASSOCIATION, a          Case No.  CV-08-2244-CW
14  California corporation,
                                             **DECLARATION OF CLIFFORD
15              Plaintiff,                   SETHNESS IN SUPPORT OF
                                             SUPPLEMENTAL MEMORANDUM OF
16         vs.                               POINTS AND AUTHORITIES IN
                                             SUPPORT OF PLAINTIFF PACIFIC
17  INTERNATIONAL LONGSHORE AND              MARITIME ASSOCIATION'S
    WAREHOUSE UNION, an                      APPLICATION FOR ORDER
18  unincorporated labor organization,       CONFIRMING AND ENFORCING
                                             ARBITRATION AWARDS, FOR
19              Defendant.                   ISSUANCE OF A TEMPORARY
                                             RESTRAINING ORDER AND ORDER TO
20                                           SHOW CAUSE RE PRELIMINARY
                                             INJUNCTION**
21

22

23       1.   I, Clifford Sethness, declare, I am one of the attorneys for PMA in the above-

24  entitled action and the following facts are within my personal knowledge, and, if called as a

25  witness, I could and would testify competently with respect thereto.

26       2.   Today at approximately 3:15 p.m., after filing the complaint in the above-

27  captioned case and the application for a temporary restraining order, an additional arbitration

28

1  award from Coast Arbitrator John Kagel was issued. A true and correct copy of the Award is
2  attached as Exhibit 1 hereto. The Award expressly states:
3      "DECISION:
4      The Union, its Officers and members are in violation of the
5      orders of the Coast Arbitrator set forth in C-04-2008 which
6      is incorporated herein by reference.
7      This decision is sent by e-mail to the same effect as if
8      written and signed by the Coast Arbitrator."
9  
10      I declare under penalty of perjury that the foregoing is true and correct. Executed this
11  30th day of April 2008 at San Francisco, California.

_____
Clifford Sethness

IN ARBITRATION PROCEEDINGS PURSUANT TO THE
COLLECTIVE BARGAINING AGREEMENTS BETWEEN THE PARTIES

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, | |
| Union, | DECISION |
| and | of |
| PACIFIC MARITIME ASSOCIATION, | JOHN KAGEL |
| Employers. | Coast Arbitrator |
| | April 30, 2008 3:15 p.m. PDT |
| | Palo Alto, California |
| Re: Employers motions re whether the ILWU and its officials are in violation of the PCLCD and PCCCD re decision C-4-08 | |

APPEARANCES:

For the Employers: Jim McKenna, Tom Edwards, Rich Marzano, Coast Steering Committee, PMA

For the Union: Leal Sundet, Ray Ortiz, ILWU

All by telephone hearing.

DISCUSSION:

The Employers presented evidence in the form of tape transcripts and documents which confirm concerted activity to not work on May 1, 2008 day shift. That evidence shows a violation of the award issued this morning, now called C-04-2008, and Sections 11.1 and 11.2 of the PCCCD and PCLCD.

EX. 1
Page 1 of 2

DECISION:

The Union, its Officers and members are in violation of the orders of the Coast Arbitrator set forth in C-04-2008 which is incorporated herein by reference.

This decision is sent by e-mail to the same effect as if written and signed by the Coast Arbitrator.

                                        s/_____John Kagel_____

                                                Coast Arbitrator

EX. 1
Page 2 of 2