UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PACIFIC MARITIME ASSOCIATION,

    Plaintiff,

  v.

INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,

    Defendant.

NO. C 08-02244 CW

**MINUTE ORDER**
Date: 4/30/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**     **Court Reporter:** Starr Wilson, pro tem

**Appearances for Plaintiff:**
Clifford Sethness by phone

**Appearances for Defendant:**
Robert Remar by phone

**Motions:**

| Plaintiff | Application for TRO | Under Submission |

Further briefing due:
Order to be prepared by:  Court

Notes:  TRO taken under submission.  Plaintiff's counsel to let Court know by Friday, 5/2, regarding need for further hearing.

Copies to:  Chambers