1  BRENDAN DOLAN, State Bar No. 126732
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market Street
   San Francisco, CA 94105
3  Tel: 415.442.1000
   Fax: 415.442.1001
4
   CLIFFORD D. SETHNESS, State Bar No. 212975
5  JASON M. STEELE, State Bar No. 223189
   MORGAN, LEWIS & BOCKIUS LLP
6  300 South Grand Avenue
   Twenty-Second Floor
7  Los Angeles, CA 90071-3132
   Telephone:    213.612.2500
8  Fax:          213.612.2554

9  *Attorneys for Plaintiff*
   PACIFIC MARITIME ASSOCIATION
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14 | PACIFIC MARITIME ASSOCIATION, a California corporation, | Case No. CV-08-2244 CW |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION FOR ORDER CONFIRMING ARBITRATION AWARD, FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |
| v. | |
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, an unincorporated labor organization, | |
| Defendant. | |

1   On April 30, 2008, Plaintiff Pacific Maritime Association ("PMA") applied to the Court for a temporary restraining order confirming and enforcing the Coast Arbitrator's awards and ordering Defendant International Longshore and Warehouse Union to comply with the awards. During a brief telephone conference with counsel late on April 30, the Court stated that it did not have sufficient time to determine whether the awards drew their essence from the collective bargaining agreement and that the Court could not at that time grant the application.

As PMA and its members feared, the ILWU failed to comply with the three Coast Arbitrator decisions re a May Day walkout and virtually none of the approximately 25,000 longshore workers and clerks represented by the ILWU reported for work for the 8:00 a.m. shift at the 29 ports along the West Coast, bringing the waterfront industry to a halt. Because the harm that PMA sought to avoid has already occurred, a ruling on PMA's application for temporary restraining order would now be too late. Accordingly, PMA hereby withdraws its Ex Parte Application For Order Confirming Arbitration Award, For Issuance of a Temporary Restraining Order and Order To Show Cause Re Preliminary Injunction.

Dated: May 2, 2008                                MORGAN, LEWIS & BOCKIUS LLP


By      /s/
        Clifford D. Sethness
        Attorneys for Plaintiff
        PACIFIC MARITIME ASSOCIATION