# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



PACIFIC MARITIME ASSOCIATION, a California corporation

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CW

INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, an unincoroprated labor organization

CV 08 2244

TO: (Name and address of defendant)

*To the Named Defendant listed above*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_Helen L. Almacen_
(BY) DEPUTY CLERK

DATE APR 3 0 2008

NDCAO440