AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE April 30, 2008 |
| Name of SERVER: Clifford Sethness | TITLE: Attorney |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served: Robert Remar, Esq of Leonard Carder LLP, USDC-Northern District, 450 Golden Gate, San Francisco, CA 94102

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 8, 2008
                  Date

Signature of Server

Morgan, Lewis & Bockius LLP
300 South Grand Avenue, Los Angeles, CA 90071
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.