ROBERT S. REMAR (SBN 100124)
PHIL A THOMAS (SBN 248517)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, California 94109
Telephone: 415-771-6400
Facsimile: 415-771-7010
rremar@leonardcarder.com
pthomas@leonardcarder.com

Attorneys for Defendant
INTERNATIONAL LONGSHORE AND WAREHOUSE UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION, a California corporation;<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, an unincorporated labor organization.<br><br>Defendants. | Case No. CV-08-2244-CW<br><br>Hon. Claudia Wilken<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF HEARING ON MOTION TO CONFIRM ARBITRATION AWARD**<br><br>Date:     July 3, 2008<br>Time:    2:00 p.m.<br>Courtroom:  2 |

Pursuant to Civil Local Rule 6-1(b), the parties herein, through their respective counsel, hereby stipulate as follows:

WHEREAS on May 28, 2008 Plaintiff Pacific Maritime Association ("PMA") filed with this Court a Notice of Motion and Motion for Confirmation of Labor Arbitration Awards;

WHEREAS a hearing on that motion is currently scheduled for July 3, 2008 at 2:00 p.m.;

---

1

STIPULATION TO CONTINUE HEARING ON MOTION

WHEREAS Defendant International Longshore and Warehouse Union has requested additional time to file an opposition, and PMA has agreed; and

WHEREAS the Court's next available hearing date is July 24, 2008.

Therefore the parties request that the hearing on PMA's Motion be continued from July 3, 2008 to July 24, 2008 at 2:00 p.m., and that the briefing schedule be based on the new hearing date.

DATED: June 12, 2008                    Respectfully submitted,

                                        LEONARD CARDER, LLP

                                        By: _____
                                            Phil A Thomas
                                            Attorneys for Defendant

                                        MORGAN, LEWIS & BOCKIUS LLP

                                        By: _____
                                            Jason M. Steele
                                            Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____          _____
                                        Hon. Claudia Wilken
                                        U.S. District Judge