ROBERT S. REMAR (SBN 100124)
PHIL A THOMAS (SBN 248517)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, California 94109
Telephone: 415-771-6400
Facsimile: 415-771-7010
rremar@leonardcarder.com
pthomas@leonardcarder.com

Attorneys for Defendant
INTERNATIONAL LONGSHORE AND WAREHOUSE UNION

LEONARD CARDER, LLP
ATTORNEYS
1188 FRANKLIN STREET, SUITE 201
SAN FRANCISCO, CALIFORNIA 94109
TELEPHONE: (415) 771-6400 FAX (415) 771-7010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC MARITIME ASSOCIATION, a California corporation;

Plaintiffs,

v.

INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, an unincorporated labor organization.

Defendants.

Case No. CV-08-2244-CW

Hon. Claudia Wilken

**DECLARATION OF PHIL A THOMAS**

I, PHIL A THOMAS, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California. I am an associate in the law firm of Leonard Carder, LLP, attorneys of record for Defendant International Longshore and Warehouse Union ("ILWU"). I have personal knowledge of the facts set forth below and could and would competently testify about them if called as a witness in this matter.

LEONARD CARDER, LLP
ATTORNEYS
1188 FRANKLIN STREET, SUITE 201
SAN FRANCISCO, CALIFORNIA 94109
TELEPHONE: (415) 771-6400 FAX (415) 771-7010

2. Plaintiff Pacific Maritime Association (PMA) filed a Notice of Motion and Motion for Confirmation of Labor Arbitration Awards on May 28, 2008. PMA scheduled the hearing on its motion for Thursday, July 3, 2008.

3. ILWU has requested and PMA has stipulated to additional time to respond to PMA's Motion. The first date this Court is available for hearing on the Motion is July 24, 2008.

4. The parties have therefore stipulated that the hearing on the Motion be continued until July 24, 2008 and that the briefing schedule be based on the new hearing date.

5. No other time modifications have occurred in this case.

6. The effect of the requested time modification will be to postpone by three weeks the briefing schedule and the hearing on PMA's Motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 12, 2008 at San Francisco, California



Phil A Thomas