1  BRENDAN DOLAN, State Bar No. 126732
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market Street
   San Francisco, CA  94105
3  Tel:  415.442.1000
   Fax:  415.442.1001
4  *bdolan@morganlewis.com*

5  CLIFFORD D. SETHNESS, State Bar No. 212975
   JASON M. STEELE, State Bar No. 223189
6  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
7  Twenty-Second Floor
   Los Angeles, CA  90071-3132
8  Tel:  213.612.2500
   Fax:  213.612.2501
9  *csethness@morganlewis.com*
   *jsteele@morganlewis.com*
10
   *Attorneys for Plaintiff*
11 PACIFIC MARITIME ASSOCIATION

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14 | PACIFIC MARITIME ASSOCIATION, a California corporation, | Case No. CV-08-2244 CW |
15 | | Hon. Claudia Wilken |
16 | Plaintiff, | **PLAINTIFF PMA'S REPLY IN SUPPORT OF MOTION FOR CONFIRMATION OF LABOR ARBITRATION AWARDS** |
17 | v. | |
18 | INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, an unincorporated labor organization, | Date:     July 24, 2008<br>Time:     2:00 p.m.<br>Courtroom: 2 |
19 | | |
20 | Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20757856.1

REPLY IN SUPPORT OF MOTION FOR
CONFIRMATION – CV 08-2244 CW

1  Plaintiff Pacific Maritime Association ("PMA") seeks routine judicial confirmation of two labor arbitration awards pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185. In its Opposition Brief, Defendant International Longshore and Warehouse Union ("ILWU") states that it "ILWU has no objection to confirmation of these awards." Def.'s Opp. Brf. [docket no. 20], p. 2. Accordingly, PMA requests that the Court grant its motion and enter an order confirming the Coast Arbitrator's April 30, 2008 awards.

Dated: July 10, 2008                          MORGAN, LEWIS & BOCKIUS LLP


By _____/ s /_____
   Jason M. Steele
   Attorneys for Plaintiff
   PACIFIC MARITIME ASSOCIATION