IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION, a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, an unincorporated labor organization,<br><br>    Defendants.<br>_____/ | No. C 08-2244 CW<br><br>ORDER CONFIRMING THE COAST ARBITRATOR'S APRIL 30, 2008 LABOR ARBITRATION AWARDS |

    Plaintiff Pacific Maritime Association has filed a motion seeking confirmation of two labor arbitration awards pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185. The hearing set for July 24, 2008 is vacated and the motion is decided on the papers.

    Defendant the International Longshore and Warehouse Union filed an opposition stating that, while it does not oppose the confirmation of the arbitration awards entered by the Coast

Arbitrator at 10:15 AM and 3:15 PM on April 30, 2008, it does object to other relief it perceives Plaintiff to be seeking in the motion. Plaintiff has filed a reply, noting Defendant's non-opposition to the confirmation of the awards and asking that the Court grant its request for "routine judicial confirmation" of the awards.

The Court understands this reply to indicate that Plaintiff has abandoned any other request for relief that might have been included in its original motion. Accordingly, the Court GRANTS the unopposed request for confirmation of the 10:15 AM and 3:15 PM April 30, 2008 labor arbitration awards and DENIES the motion to the extent it seeks any other relief (Docket No. 16).

It appears that the remainder of the relief sought in Plaintiff's April 30, 2008 complaint is now moot. Either party may, within five days of the date of this order, file a notice if it believes that issues remain to be litigated. If neither party files such a notice within five days of the date of this order, the clerk shall close the file and judgment for Plaintiff shall enter accordingly. Each party shall bear its own costs.

IT IS SO ORDERED.

Dated: 7/11/08

                                          CLAUDIA WILKEN
                                          United States District Judge