IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PACIFIC MARITIME ASSOCIATION, a California corporation,

    Plaintiff,

  v.

INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, an unincorporated labor organization,

    Defendant.
_____/

No. C 08-02244 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Confirming the Coast Arbitrator's April 30, 2008 Labor Arbitration Awards,

    IT IS ORDERED AND ADJUDGED

    That the arbitration awards entered by the Coast Arbitrator at 10:15 AM and 3:15 AM on April 30, 2008, are confirmed.  Each party shall bear its own costs of action.

    Dated at Oakland, California, this 29th day of July, 2008.

                                RICHARD W. WIEKING
                                Clerk of Court

                 By: _____
                                SHEILAH CAHILL
                                Deputy Clerk